IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Arnold, Mary L | Case Number: 07 B 11162 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | | Filed: 6/22/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 12, 2009
Confirmed: August 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 900.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 849.42 |
| Trustee Fee: | | 50.58 |
| Other Funds: | | 0.00 |
| Totals: | 900.00 | 900.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,484.00 | 849.42 |
| 2. | Tidewater Credit Services | Secured | 0.00 | 0.00 |
| 3. | ER Solutions | Unsecured | 54.80 | 0.00 |
| 4. | Illinois Tollway | Unsecured | 98.40 | 0.00 |
| 5. | America's Financial Choice Inc | Unsecured | 131.93 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 94.44 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 58.57 | 0.00 |
| 8. | Universal Lenders Inc | Unsecured | 257.76 | 0.00 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 547.20 | 0.00 |
| 10. | First American Cash Advance | Unsecured | 97.13 | 0.00 |
| 11. | A T & T Information Systems | Unsecured | | No Claim Filed |
| 12. | Aspen/Fb&T | Unsecured | | No Claim Filed |
| 13. | Consumer Adjustment Corp | Unsecured | | No Claim Filed |
| 14. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 15. | ARM | Unsecured | | No Claim Filed |
| 16. | Village of Oak Park | Unsecured | | No Claim Filed |
| 17. | Washington Mutual | Unsecured | | No Claim Filed |
| 18. | Imagine Mastercard | Unsecured | | No Claim Filed |
| 19. | University Of Chicago Physicians | Unsecured | | No Claim Filed |
| | | | $ 4,824.23 | $ 849.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 38.88 |
| 6.5% | 11.70 |
| | $ 50.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Arnold, Mary L | Case Number: 07 B 11162 |
| | Judge: Hollis, Pamela S |
| Printed: 02/24/09 | Filed: 6/22/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

*/s/ Mach.*